B6D (Official Form 6D) (12/07)

Case 1:10-bk-17606-MT    Doc 15    Filed 07/07/10    Entered 07/07/10 14:28:48    Desc
In re ____BELLALILY, LLC, a Nevada Limited Liability Company____  Main Document    Page 1 of 2    Case No. _10-17606-MT_____
           Debtor                                                                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Glendale Plumbing and Fire Supply <br> 11120 Sherman Way <br> Sun Valley, California 91352 | X | | Lien: Claim of Mechanic's Lien <br> Security: 6 Unit Apartment/Condominium Project (under Construction located at 4440 Talofa Avenue, Toluca Lake, CA 91602 <br> Subcontractor to Eskan General Contractors <br><br> VALUE $ 1,875,000.00 | X | X | X | 8,593.87 | 0.00 |
| ACCOUNT NO. <br><br> Matt Eskan <br> Eskan General Contractors <br> 2932 Wilshire Boulevard, Suite 205 <br> Los Angeles, CA 90403 | | | Lien: Claim of Mechanic's Lien <br> Security: 6 Unit Apartment/Condominium Project (under Construction located at 4440 Talofa Avenue, Toluca Lake, CA 91602 <br> Subject to setoff for Breach of Contract, breach of Fiduciary Duty and Conversion <br><br> VALUE $ 1,875,000.00 | X | X | X | 700,000.00 | 0.00 |
| ACCOUNT NO. <br><br> Razmik Der-Gricourian <br> dba ARC Electric <br> 10923 Randall Street, Unit B <br> Sun Valley, CA 91352 | X | | Lien: Claim of Mechanic's Lien <br> Security: 6 Unit Apartment/Condominium Project (under Construction located at 4440 Talofa Avenue, Toluca Lake, CA 91602 <br> Subcontractor to Eskan General Contractor <br><br> VALUE $ 1,875,000.00 | X | X | X | 35,962.10 | 0.00 |

__1__ continuation sheets attached

Subtotal ▶ (Total of this page)   $ 744,555.97   $ 0.00

Total ▶ (Use only on last page)   $   $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33025

In re __BELLALILY, LLC, a Nevada Limited Liability Company__     Case No. __10-17606-MT__
                Debtor                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Tomato Bank<br>1420 E Valley St<br>Alhambra, CA 91801 | | | Lien: Deed of Trust<br>Security: 6 Unit Apartment/Condominium Project (under Construction located at 4440 Talofa Avenue, Toluca Lake, CA 91602<br>Subjec to Setoff for Breach of Contract and breach of Fiduciary Duty<br>VALUE $ 1,875,000.00 | X | | X | 2,800,000.00 | 1,709,477.93 This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br>Treasurer and Tax Collector<br>County of Los Angeles<br>225 N. Hill Street, first Floor<br>Los Angeles, CA 90012 | | | Lien: Secured Real Estate Taxes for 2008, 2009 and 2010<br>Security: 4440 N. Talofa Avenue, Toluca Lake, CA 91602<br>VALUE $ 1,875,000.00 | | | | 36,021.96 | 0.00 |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |
| Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal(s)<br>(Total(s) of this page) | | | | $ 2,836,021.96 | $1,709,477.93 |
| | | | Total(s)<br>(Use only on last page) | | | | $ 3,580,577.93 | $1,709,477.93 |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33025